470 A.2d 525

**FELD AND SONS, INC., t/a Today's Man, and David Feld,
David Klein, Alan Becker and Jake Jacobson, individually**

v.

**PECHNER, DORFMAN, WOLFFE, ROUNICK AND CABOT, a
Pennsylvania partnership, and Stephen J. Cabot, Martin J.
Sobol, Julius M. Steiner, John Dorfman, Leonard Wolffe,
Sidney J. Smolinsky, Leonard Schaefer, Milton P. King, Wal-
ter Lazaroff, Jack A. Rounick, Charles W. Bowser, Emanuel
A. Bertin, Edwin N. Barol, Barry H. Frank and Daniel T.
Berkley, individually and t/a Pechner, Dorfman, Wolffe,
Rounick and Cabot, etc., and Allan M. Dabrow, Barry F.
Bevacqua, Robert J. Simmons, Kenneth M. Jarin and Gerald
R. Cureton, individual party defendants, Appellants.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1984.

Decided Feb. 3, 1984.

178

Richard M. Shusterman, Thomas A. Shovlin, Philadelphia, for all appellants except Julius M. Steiner and Allan M. Dabrow.

Morris R. Brooke, Thomas J. Leach, Philadelphia, for Julius M. Steiner and Allan M. Dabrow.

Steven Alexander, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT and HUTCHINSON, JJ., did not participate in the consideration or decision of this case.